File Hashes for IP Address 98.109.152.235

**ISP:** Verizon Internet Services
**Physical Location:** Jersey City, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/27/2016 02:18:26 | 50FD8F96FF6D0226ACF808AC90E907B8B70251C4 | Surrender To Seduction |
| 01/26/2016 03:15:41 | 5846160EF1CE6D49C2786F214C20247D132D4D61 | Sex Drive |
| 01/26/2016 02:55:53 | 34EE2C094ECBB4409656CF376CF45D83459DCDA4 | California Surf Fever |
| 01/26/2016 02:55:40 | 483196452BC88CD787574DCEC304B86A7921257C | Lisas Playroom |
| 01/21/2016 04:04:10 | 0C3A9A7C97127021C729A01E4FCAA9BAEE5E1979 | Lovers Lane |
| 01/20/2016 03:21:39 | 308FB49CFFF533716D21D4035A2B8F05F788D08D | Horsing Around |
| 01/17/2016 22:18:26 | 60D458DDA62689D3D33A011F20A388CB010A1C79 | Hot In Here |
| 01/10/2016 00:14:06 | A7A40D8F70CC34C3AA5ECD632125E4E80F9931A6 | Sex At The Office |
| 12/31/2015 03:28:08 | 3995CDCC0B49CBB3C250EEEB00A890F25FE85324 | A Sexy Lazy Afternoon |
| 12/31/2015 00:57:07 | 0294BB72CCDC51CD5DCE35057907DAA15DA461A6 | Supermodel Sex |
| 12/31/2015 00:54:22 | 11165FB33F72ABB67DF0F958C53C4BEA57784AAE | An Erotic Encounter |
| 12/31/2015 00:53:49 | 06AC7448218B6AC5F63B777630398DDCCD763FEC | Rope Priority |
| 12/31/2015 00:53:37 | 33D0A5CDC8BFB8311B2235E22E7DE5259C737BF7 | Competition |
| 12/31/2015 00:53:18 | 5EAC49891FE116E5287CE27BFCF024BFF8676674 | Breakfast in Bed |
| 12/31/2015 00:52:56 | 0EFE150DB067BCCAF6BECE7DF28CB4254FE4F27E | Above The Air |
| 12/27/2015 01:25:44 | 87E7C6C8E6ED2DD422B91EC777A467B43DD237F7 | Black Widow |
| 12/27/2015 01:23:40 | CFD4FB3CAC4ECAEA2FF11E268D80DC0EFC3A4687 | Xmas Cums Once A Year |
| 12/27/2015 01:21:06 | 88ED81EB1DD1F6F00E9600188CD7F653BA3F16B9 | Exposed And Aroused |
| 12/27/2015 00:58:40 | 1E873BDA1BE310BAE218B162BCDD9C4280B65D20 | All I Want for Christmas |
| 12/27/2015 00:57:41 | 2A4D7C0AB461F59DD1C2844E46EC241A16C3560A | Sapphically Sexy |
| 12/27/2015 00:57:40 | 6E674B63791F7F409485CC909D2E60EA91B7223F | Skin Tillating Sex For Three |
| 12/16/2015 03:07:38 | 6BE2169D7F4771B91A820211F6D6CD6346F2BA64 | Bound By Desire |

EXHIBIT A

CNJ572

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/14/2015 01:44:59 | 05F16E1C92D0BCC8F258A4F71F819DB33C82E22A | Light My Fire |
| 12/11/2015 07:29:02 | BF0B07AD3B2F02D9393FCD40BAD7AE1EE4D533FF | Freckle Faced Fox |
| 12/11/2015 06:24:30 | F11FAFD02A3B309A2EA2A9B2C805D5B5D8F782F0 | Barely Fits |
| 12/10/2015 01:40:50 | B2A6AFE50E6C569016C5D1B4424CBE0632E5AF28 | Puffy Nipple Lovers |
| 12/10/2015 01:40:04 | 1C270D98F32BE3DC936354EB57C8A4E43E256886 | Good Morning I Love You |
| 12/08/2015 03:19:18 | 47DAB074D1F2452C68AF383635D6997F9ECA49E0 | Two Fingers Deep |
| 12/01/2015 02:05:35 | 874A2891B4C21EDF0EF1C4DFA7AB0FC082648EC5 | Any And All For You |
| 10/16/2015 00:22:37 | AF1D5CC6B9AF1905AA32B15F92E5EB4C1189781F | Fuck Me More |
| 07/22/2015 00:15:33 | C3F656CDA6134E3569B0476DAB07D8913E01DF6E | Bring Me To My Knees |
| 07/21/2015 02:01:34 | DD64DAFEAB3436DD321E40F2194DD650D9F9B0D6 | UnBREElievable |

**Total Statutory Claims Against Defendant: 32**

EXHIBIT A

CNJ572