Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 98.109.152.235, <br><br> Defendant. | Civil Action No. 2:16-cv-01812-ES-MAH |

### ORDER ON PLAINTIFF'S FOURTH MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE JOHN DOE DEFENDANT WITH A SUMMONS AND COMPLAINT

THIS CAUSE came before the Court upon Plaintiff's Fourth Motion for Extension of Time Within Which It Has to Serve Defendant with a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

1

ORDER AND ADJUDGE: Plaintiff's Motion is granted.  Plaintiff shall have until January 21, 2017 to effectuate service of a summons and Complaint upon Defendant.

SO ORDERED this ___ day of _____, 201__.

By: _____
**UNITED STATES DISTRICT JUDGE**